FILED BY_____ *mdc* ___D.C.

**Sep 12, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## 22-20428-CR-WILLIAMS/MCALILEY

CASE NO. _____

**18 U.S.C. §§ 1036(a)(1) and (b)(2)**

UNITED STATES OF AMERICA

vs.

JULIANNA CLARE STROUT,

           **Defendant.**

_____/

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**
**Entry by False Pretenses to Any Real Property of the United States**
**(18 U.S.C. §§ 1036(a)(1) and (b)(2))**

On or about October 18, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JULIANNA CLARE STROUT,**

did knowingly, by fraud and false pretenses, enter and attempt to enter any real property belonging in whole and in part to, and leased by, the United States, that is, the Krome North Service Processing Center, in violation of Title 18, United States Code, Sections 1036(a)(1) and (b)(2).

**COUNT 2**
**Entry by False Pretenses to Any Real Property of the United States**
**(18 U.S.C. §§ 1036(a)(1) and (b)(2))**

On or about October 20, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JULIANNA CLARE STROUT,**

did knowingly, by fraud and false pretenses, enter and attempt to enter any real property belonging in whole and in part to, and leased by, the United States, that is, the Krome North Service Processing Center, in violation of Title 18, United States Code, Sections 1036(a)(1) and (b)(2).

## COUNT 3
**Entry by False Pretenses to Any Real Property of the United States**
**(18 U.S.C. §§ 1036(a)(1) and (b)(2))**

On or about October 22, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JULIANNA CLARE STROUT,**

did knowingly, by fraud and false pretenses, enter and attempt to enter any real property belonging in whole and in part to, and leased by, the United States, that is, the Krome North Service Processing Center, in violation of Title 18, United States Code, Sections 1036(a)(1) and (b)(2).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

DAYA NATHAN
ASSISTANT UNITED STATES ATTORNEY

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**CASE NO.:**

**v.**

JULIANNA CLARE STROUT,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☑ Miami    ☐ Key West    ☐ FTP
- ☐ FTL      ☐ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☑ 0 to   5 days          ☑ Petty
   II   ☐ 6 to 10 days           ☐ Minor
   III  ☐ 11 to 20 days          ☐ Misdemeanor
   IV   ☐ 21 to 60 days          ☐ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                              Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                              Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the  Southern      District of Florida
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By:  _Daya Nathan_____

Daya Nathan
Assistant United States Attorney
FLA Bar No. 74392

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>**JULIANNA CLARE STROUT**</u>

**Case No:** _____

**Count 1:**

<u>Entry by False Pretenses to Any Real Property of the United States</u>

<u>Title 18, United States Code, Sections 1036(a)(1) and (b)(2)</u>
\* **Max. Term of Imprisonment:** 6 months
\* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
\* **Max. Supervised Release:** 1 year
\* **Max. Fine:** $5,000

**Count 2:**

<u>Entry by False Pretenses to Any Real Property of the United States</u>

<u>Title 18, United States Code, Sections 1036(a)(1) and (b)(2)</u>
\* **Max. Term of Imprisonment:** 6 months
\* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
\* **Max. Supervised Release:** 1 year
\* **Max. Fine:** $5,000

**Count 3:**

<u>Entry by False Pretenses to Any Real Property of the United States</u>

<u>Title 18, United States Code, Sections 1036(a)(1) and (b)(2)</u>
\* **Max. Term of Imprisonment:** 6 months
\* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
\* **Max. Supervised Release:** 1 year
\* **Max. Fine:** $5,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**